IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

In re:

**TENNESSEE VASCULAR AND THORACIC SURGICAL ASSOCIATES, PC,**

    **Debtor.**

Case No. 24-10670
Chapter 11
Judge Whittenburg

## BALLOT SUMMARY FOR DEBTOR'S PLAN

The Debtor hereby submits this summary of the Ballots received regarding the Debtor's Second Amended Plan of Reorganization dated July 31, 2024:

| Class | Number Accepting | Number. Rejecting | Percentage of Number of Claims Accepting | Percentage of Dollar Amounts of Claims Accepting |
|---|---|---|---|---|
| Class 1<br><br>+Coffee County Trustee | 1<br>$17,069 | 0 | 100% | 100% |
| Class 2<br><u>Citizens Tri-County Bank</u> | 1<br>$2,538,483.34 | 0 | 100% | 100% |
| Class 3<br>JB&B Capital | 1<br>$66,000 | 0 | 100% | 100% |
| Class 4<br>Arvest | 1<br>$149,331.84 | 0 | 100% | 100% |
| Class 5<br>Ford Motor Credit | 1<br>$16,392.08 | 0 | 100% | 100% |

| Class 6 NewLane Finance Co. | 1 $27,000 | 0 | 100% | 100% |
|---|---|---|---|---|
| Class 7 Ascentium | 0 | 0 | 0% | 0% |
| Class 8 Navitas Credit Corp. | 1 $28,137.77 | 0 | 100% | 100% |
| Class 9 Amur | 0 | 0 | 0% | 0% |
| Class 10 Ally Bank | 1 $52,737.05 | 0 | 100% | 100% |
| Class 11 Unsecured Creditors | 4 $276,070.06 | 0 | 100% | 100% |
| Class 12 Equity | 1 100% | | 100% | NA |

Respectfully Submitted,

*/s/ William L. Norton III*
William L. Norton III
BRADLEY
1221 Broadway, Suite 700
Nashville, TN  37203
Phone: 615-252-2397
bnorton@bradley.com

*Attorneys for Debtor*

Certificate of Service

The undersigned hereby certifies that on the 2nd day of October 2024, the foregoing Ballot Summary was automatically served via the Courts electronic filing system to those parties registered to receive electronic filings in this case.

*/s/ William L. Norton III*